IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                      )<br>                                                          )<br>      vs.                                            )<br>                                                          )<br>SHEENA STRAND,                         )<br>                                                          )<br>            Defendant.                      ) | Case No. 8:14CR283<br><br><br>ORDER |

This case is before the court on the defendant Sheena Strand's Motion for Reconsideration of Detention (#40). The motion proposes placement of the defendant at the Stephen Center HERO program beginning Monday, October 27, 2014. The motion is denied without hearing.

A review of the defendant's August 27, 2014 Pretrial Services Report (#6) shows the defendant, who is 27 years of age, has a significant prior criminal history, including unsatisfactory release from probation (2003), motions to revoke probation (2007 and 2012), bond revocation (2013), and ten charges of failure to appear. Additionally, the defendant has a prior felony conviction for possession of a controlled substance, to-wit: methamphetamine (2013).

The defendant is currently charged with possession with intent to distribute methamphetamine, punishable by imprisonment of 5-40 years, a fine of $5,000,000, a minimum of four years supervised release, and a $100 special assessment. Defendant's proposed placement in the HERO program fails to address the court's concerns as set out in its September 5, 2014, Detention Order (#24). Defendant's motion fails to address the

court's concerns as to flight and danger, and fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant's Motion to Reconsider Detention (#40) is denied without hearing.

Dated this 24th day of October 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge