IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR283** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **SHEENA STRAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR"). The parties adopted the PSR (Filing Nos. 56 and 57)[1]. *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The Court intends to adopt the PSR at the time of sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

---

[1]The Court advises that the standing order, referenced by the parties in Filing Nos. 56 and 57, was rescinded on August 6, 2004. (See District Court's webpage: http://www.ned.uscourts.gov/.) In the future, parties should follow the deadlines set forth in the Court's Order on Sentencing Schedule filed in the case.

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

      3.     Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final; and

      4.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 11th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge