**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 8:14CR283-002 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| **SHEENA STRAND,** ) | |
| ) | |
| **Defendant.** ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255, ECF No. 127;

2. Upon initial review, the Court summarily denies the Defendant's § 2255 motion, ECF No. 127, as untimely and without merit; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at her last known address.

DATED this 3rd day of January, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge